# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR-23-70-GF-BMM |
| Plaintiff, | |
| vs. | |
| JOSEPH ALLEN CONNER, | **ORDER PERMITTING ZOOM APPEARANCE** |
| Defendant. | |

The Defendant, Joseph Allen Conner, through his attorney, moved this Court, moved this Court for an order allowing the witnesses, Natasha Beritich and Sean Lewis, to appear by Zoom for the sentencing hearing, presently set for May 1, 2024 at 10:00 a.m. Accordingly, IT IS HEREBY ORDERED that the witness, Natasha Beritich, may appear by Zoom for the sentencing hearing, presently set for May 1, 2024, at 10:00 a.m. Defense Counsel will contact the Clerk of Court for the Zoom link.

DATED this 2nd day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court